# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

```
UNITED STATES OF AMERICA
       against
   ANTHONY MIRANDA
_____

(Alias) _____

_____
                    Please PRINT Clearly
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

05 CR 1085
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

## NOTICE OF APPEARANCE

TO:    **CLERK OF COURT S.D.N.Y.**

SIR:   YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

   1. [ ] CJA    2. [✓] RETAINED    3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO   [✓] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO. 5   YR. 78

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE ___NY___ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK

10/31/2005

SIGNATURE _Stephen Goldenberg_
PRINT THE FOLLOWING INFORMATION CLEARLY
STEPHEN GOLDENBERG
Attorney for Defendant

Firm name if any
233 Broadway 5th Fl.
Street address
NY  NY  10279
City        State       Zip
212 346-0600
Telephone No

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186