

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 5, 2005

**By Hand**

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 920
New York, New York  10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/05

      Re:  United States v. Anthony Miranda,
           05 Cr. 1085 (KMK)

Dear Judge Karas:

      I write, on behalf of both parties, to request a brief adjournment of the pretrial conference scheduled for tomorrow, December 6, 2005, at 10:00 a.m.  The reason for this request is that the parties have agreed in principle upon the terms for a disposition of this case, but need additional time to finalize the necessary documentation and prepare for a Rule 11 proceeding. The parties believe that a one-week adjournment will be sufficient.  This is the first request for such an adjournment.

      In addition, the Government respectfully requests that the Court exclude the time between tomorrow and the date to which the conference is adjourned from Speedy Trial Act computations, in the interest of justice, pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and (B).  Such an exclusion would ensure that the defendant has adequate time to review a proposed plea agreement with counsel, and otherwise prepare for a Rule 11 proceeding.  The Government respectfully submits that this interest outweighs the interests of the defendant and the public

Hon. Kenneth M. Karas
December 5, 2005
Page 2

in a speedy trial. I spoke with Stephen Goldenberg, Esq., counsel to Anthony Miranda, this morning by telephone. He consents to this request.

                            Respectfully submitted,

                            MICHAEL J. GARCIA
                            United States Attorney
                            Southern District of New York

By: _____
                            Daniel L. Stein
                            Assistant United States Attorney
                            (212) 637-2407

cc: Stephen Goldenberg, Esq. (by facsimile)
     Attorney for Defendant

---

*The conference is adjourned until December 15, 2005 at 2:30 PM. Time is excluded to permit Mr. Miranda to review the plea agreement. This is in the interests of justice and this outweighs the public's and Mr. Miranda's interest in a speedy trial, pursuant to 18 USC § 3161(C4)(8)(A). The time is excluded prospectively from December 6, 2005 until December __, 2005.*

*So ordered.*

12/6/05