$50,000 PRB TO BE CO-SIGNED BY 2 FINANCIALLY RESPONSIBLE PERSON'S; NO TRAVEL RESTRICTIONS EXCEPT DEFT CAN NOT LEAVE CONTINENTAL U.S. ANY TRAVEL OUTSIDE THE EDNY AND SDY MUST BE APPROVED PRIOR TO SUCH TRAVEL BY THE U.S. ATTORNEY OFFICE; PASSPORTS MUST BE SURRENDERED TO THE U.S. ATTORNEY OFFICE PRIOR TO RELEASE

Case 7:05-cr-01085-KMK    Document 9    Filed 12/19/2005    Page 1 of 1

AO 98 (Rev. 8/85)

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | APPEARANCE BOND |
| V. | CASE NUMBER |
| YOVANNY ANTONIO PEGUERO a/k/a ANTHONY MIRANDA | 05 CR 1085 (KMK) |
| Defendant | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/05

Non-surety:   I, the undersigned defendant acknowledge that I and my...
Surety:   We, the undersigned, jointly and severally acknowledge that we and our...
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of

$ 50,000   ~~, and there has been deposited in the Registry of the Court the sum of~~

$ XXXXXXXXXXXXXXXXXXXX   ~~in cash or~~   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
                                                                     Describe other security

The conditions of this bond are that the defendant   YOVANNY ANTONIO PEGUERO a/k/a ANTHONY MIRANDA
                                                                                     Name

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States district court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such a manner by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgement.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States district court having cognizance of the above entitled matter at the time of such breach and if the bond if forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States district court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on   December 15, 2005   at U.S. Courthouse, 500 Pearl Street, New York, N.Y. 10007
                                   Date

Defendant [signature: Yovanny Antonio Peguero]   Address  Yonkers NY 10705
           YOVANNY ANTONIO PEGUERO

Surety [signature: Vanessa Saldana]   Address  New York, NY 10040
       VANESSA SALDANA

Surety [signature: Jessenia Saldana]   Address  Same
       JESSENIA SALDANA

Signed and acknowledged before me on   December 15, 2005
                                                    Date

                                                                 [signature]
                                                                 Judicial Officer/Clerk

Approved: [signature]   Dan Stein
          Judicial Officer

AUSA DANIEL STEIN

INTERPRETER NEEDED ( [signature] )

©8/97 B.Kaliabakos U.S.D.C.-S.D.N.Y.