```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA,        :
                                 :
        - v -                    :
                                 :            WAIVER OF INDICTMENT
YOVANNY ANTONIO PEGUERO,         :
    a/k/a "Anthony Miranda,"     :            S1 05 Cr. 1085 (KMK)
                                 :
              Defendant.         :
                                 :
- - - - - - - - - - - - - - - - x
```

       The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_Yovanny Antonio Peguero_
Defendant

_Eileen Kenn_
Witness

_Stephen Goldenberg_
Counsel for Defendant

Date:    New York, New York
           December 15, 2005



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 15 2005

0202